07-CR-05640-INFO

Magistrate Judge

*FILED / RECEIVED / LODGED — SEP 1 9 2007 — CLERK U.S. DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT TACOMA*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>DAVID M. THIERMAN<br>    Defendant | CR07- 5640 KLS<br><br>INFORMATION<br>(Misdemeanor) |

The United States Attorney charges that:

## COUNT I

On or about 3 June 2007, at McChord Air Force Base, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, David M. Thierman did intentionally and repeatedly harass with intent to frighten, intimidate, or harass the said person, Kenneth E. Piercy, by making harassing telephone calls.

All in violation of Title 18, United States Code, Sections 7 and 13, and Revised Code of Washington 9.46.110.

Information: David M. Thierman
Page 1

Office of the Staff Judge Advocate

100 Joe Jackson Blvd, Ste 3031
McChord AFB WA 98438-1109
(253) 982-5512
FAX (253) 982-5905

## COUNT II

On or about 3 June 2007, at McChord Air Force Base, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, David M. Thierman did intentionally and repeatedly harass with intent to frighten, intimidate, or harass the said person, Kenneth E. Piercy, by making obscene gestures.

All in violation of Title 18, United States Code, Sections 7 and 13, and Revised Code of Washington 9.46.110.

DATED this __19th__ day of __Sept__, 2007.

JEFFREY C. SULLIVAN
United States Attorney

_____
LAUREN E. FISHER
Special Assistant U.S. Attorney

Information: David M. Thierman
Page 2

Office of the Staff Judge Advocate

100 Joe Jackson Blvd, Ste 3031
McChord AFB WA 98438-1109
(253) 982-5512
FAX (253) 982-5905